# NO. 12-22-00116-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *LUCRETIA REDMON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator, Lucretia Redmon, has filed a motion to dismiss this original proceeding.[1] She states that Respondent vacated the order of which she complained. No decision has been delivered in this proceeding. Accordingly, Relator's motion to dismiss is granted, and the petition for writ of mandamus is ***dismissed***. We ***lift*** our stay of May 16, 2022.

Opinion delivered May 18, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Robert K. Inselmann, Jr., Judge of the 217th District Court in Angelina County, Texas. The Real Party in Interest is Samantha Carey.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 18, 2022**

**NO. 12-22-00116-CV**

**LUCRETIA REDMON,**
Relator
V.

**HON. ROBERT K. INSELMANN, JR.,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Lucretia Redmon; who is the relator in appellate cause number 12-22-00116-CV and the defendant in trial court cause number CV-01008-21-04, pending on the docket of the 217th Judicial District Court of Angelina County, Texas. Said petition for writ of mandamus having been filed herein on May 13, 2022, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*